# NO. 12-09-00361-CR
# NO. 12-09-00362-CR
# NO. 12-09-00363-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GLENDA EVERETT OLVERA,*<br>*APPELLANT* | § | *APPEAL FROM THE 7TH* |
| | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

In three separate cases, Appellant pleaded guilty to forgery, tampering with a governmental record, and theft. The trial court accepted Appellant's plea in each case, and imposed sentence on October 23, 2009. Appellant timely filed a notice of appeal in each case.

On November 4, 2009, this court notified Appellant that a docketing statement must be filed in each case and gave her until November 16, 2009 to comply. *See* TEX. R. APP. P. 32.2. Appellant was further notified that unless the docketing statements were filed by the stated deadline, the cases would be remanded to the trial court for a hearing to determine the reason the docketing statements had not been filed. On November 19, 2009, after having received no response from Appellant, this court remanded the cases to the trial court to conduct a hearing and to (1) determine whether Appellant has abandoned the appeals; (2) take necessary action to insure the prompt filing of the docketing statement with this court; (3) make appropriate findings and recommendations; and (4) ensure that a record of the proceedings was prepared.

In accordance with this court's order, the trial court conducted a hearing on December 18, 2009. Following the hearing, the trial court found, in part, that Appellant does not wish to continue these appeals and that she does not plan to file docketing statements. The supplemental record provided to this court contains the trial court's

findings of fact and conclusions of law and also contains a letter from Appellant to the trial court confirming that she does not wish to pursue the appeals. Accordingly, the appeals are *dismissed*. All pending motions are overruled as moot.

Opinion delivered January 13, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)